**932**

[black bars]

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Driving while intoxicated upon a public highway is the offense, with punishment assessed at sixty days in jail.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., George P. Blackburn, Asst. Criminal Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving is the offense; the punishment, a fine of $125 and three days' confinement in jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Herman Lee SHIPLEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28696.

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

Roy Glen SHARP, Appellant,

v.

The STATE of Texas, Appellee.

No. 28678.

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

